through the negligence of defendant. The essential allegations with respect to both causes of action were that the plaintiffs while passengers upon a motor bus were severely injured when said bus ran into and collided with a telegraph or other pole on Clove road, Staten Island, N. Y. The defendant's answers denied ownership, operation or control of the motor bus, and denied the maintenance of the nuisance alleged.

*Bertram G. Eadie* and *Guy O. Walser* for appellants.

*George P. Nicholson*, Corporation Counsel (*John F. O'Brien*, *Willard S. Allen* and *George E. Draper* of counsel), for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ. Not voting: HISCOCK, Ch. J. Dissenting: CRANE, J.

---

THE CITY OF NEW YORK, Appellant, *v.* NEW YORK TELEPHONE COMPANY, Respondent.

*Public service corporations — telephone companies — action to restrain collection of increased rates — complaint dismissed.*

*City of New York* v. *N. Y. Telephone Co.*, 202 App. Div. 796, affirmed.

(Argued June 8, 1923; decided July 13, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 19, 1922, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. The action was brought to restrain the defendant from enforcing or collecting an increase in its rates in New York city, which had been consented to by the public service commission.

*George P. Nicholson*, Corporation Counsel (*M. Maldwin Fertig* and *Harry Hertzoff* of counsel), for appellant.

*Edward L. Blackman* and *Charles T. Russell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

OLIVER YETTO et al., Respondents, *v.* LESTER PARKER, Appellant.

*Contract — sale — action to recover sum deposited — defense of breach of contract.*

*Yetto v. Parker,* 205 App. Div. 859, affirmed.

(Argued June 8, 1923; decided July 13, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 19, 1923, affirming a judgment in favor of plaintiffs entered upon a verdict. The action was to recover a sum deposited with defendant by plaintiffs under contract with defendant for the sale of automobiles by defendant to plaintiffs. The defense was a denial, non-performance by plaintiffs of their part of said contract, performance and a counterclaim by defendant for damages alleged to have been sustained because of non-performance of the terms of said contract by plaintiffs.

*George L. Rifenburgh* for appellant.

*John T. Norton* and *Michael J. Deignan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

WILLIAM A. STUART, Appellant, *v.* LAURA B. COSTELLO, Respondent.

*Negligence — master and servant — injury from fall of ladder upon which plaintiff was working.*

*Stuart v. Costello,* 204 App. Div. 574, affirmed.

(Argued June 11, 1923; decided July 13, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 12, 1923, affirming a judgment in favor of defendant entered upon a dismissal of the complaint